**No. 54252.**—American Askania Corporation *v.* United States, protests 41242–K, etc. (Galveston).

Opinion by OLIVER, C. J. In accordance with stipulation of counsel that the merchandise consists of vertical field balances and parts thereof similar in all material respects to those the subject of *Asiatic Petroleum Corp.* v. *United States* (19 Cust. Ct. 3, C. D. 1058), *American Askania Corporation* v. *United States* (21 id. 26, C. D. 1121), and Abstract 52267, the claim at 27½ percent under paragraph 372 was sustained.

**No. 54253.**—Fries Bros., Inc. *v.* United States, protest 154588–K (New York).

Opinion by COLE, J. In accordance with stipulation of counsel that the merchandise consists of eucalyptus oil the same in all material respects as that passed upon in *United States* v. *Fries Bros., Inc.* (37 C. C. P. A. 36, C. A. D. 416), the claim at 7½ percent was sustained.